# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE ROBERTSON,<br><br>Petitioner,<br><br>v.<br><br>MARIPOSA COUNTY COURT,<br><br>Respondent. | **Case No. 1:13-cv-01775-SMS (HC)**<br><br>**ORDER STRIKING PETITIONER'S *EX PARTE* COMMUNICATION WITH THE COURT**<br><br>(Doc. 8) |

On November 1, 2013, Petitioner Roger Wayne Robertson, proceeding *pro se* and *in forma pauperis*, filed a petition for a writ of habeas corpus. Doc. 1. On November 5, 2013, before this Court had completed its screening of the original petition, Petitioner filed a first amended petition for writ of habeas corpus. Doc. 4. On November 8, 2013, before the Court had completed its screening of the first amended petition, Petitioner filed a letter to the Court arguing his case and setting forth allegations against the Mariposa County Court. Doc. 5. On November 14, 2013, the Court struck that *ex parte* correspondence. Doc. 5. On December 10, 2014, Petitioner again directed *ex parte* communication to the Court. Doc. 8.

*Ex parte* communication is one-sided communication with the Court for the sole benefit of the party sending the communication, and without notice to opposing parties. *Black's Law Dictionary* at 616 (8th ed. 2004). A party must serve all opposing parties with any documents or communication filed with the Court. F.R.Civ.P. 5(a); Loc. Rule 135(d). Arguing one's case in an

*ex parte* letter to the Court is inappropriate, and if conducted following warnings by the Court, may result in sanctions against the letter's author. *See, e.g., LaFreniere v. Prada U.S.A. Corp.*, 2013 WL 3187412 at *1 (N.D. Cal. June 21, 2013) (No. C-12-3701-EDL).

    The Court has screened and dismissed Petitioner's habeas petition, granting him thirty (30) days to amend and file the amended petition. Doc. 9. Petitioner will be well advised to carefully amend his petition in accord with the screening order, and to cease and desist filing *ex parte* letters to the Court.

    The Court hereby STRIKES Petitioner's letter to the Court (Doc. 8).

IT IS SO ORDERED.

Dated: **December 18, 2013**      **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE