# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER W. ROBERTSON,<br><br>Petitioner,<br><br>v.<br><br>MARIPOSA COUNTY COURT,<br><br>Respondent. | Case No. 1:13-CV-01775-SMS HC<br><br>ORDER STRIKING PETITIONER'S SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 11) |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court previously authorized his *in forma pauperis* status on November 4, 2013. Doc. 2. As a result, Plaintiff's second motion to proceed *in forma pauperis*, filed December 26, 2013, is moot.

Accordingly, the Court hereby STRIKES Plaintiff's second motion to proceed *in forma pauperis* (Doc. 11).

IT IS SO ORDERED.

Dated: **January 5, 2014**         **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

1