# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE ROBERTSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MARIPOSA COUNTY COURT,<br><br>　　　　Respondent. | Case No. 1:13-cv-02019-GSA-HC<br>Case No. 1:13-cv-01775-SMS-HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PETITION [ECF #1] FROM CASE 1:13-cv-02019-GSA-HC IN CASE 1:13-cv-01775-SAB-HC AS A MOTION TO AMEND<br><br>ORDER ADMINISTRATIVELY CLOSING CASE 1:13-cv-02019-GSA-HC |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

　　　　On November 1, 2013, Petitioner filed a petition for writ of habeas corpus in this Court. The case was assigned Case No. 1:13-cv-01775-SMS-HC. The petition challenges Petitioner's 2010 conviction for kidnap and rape sustained in Mariposa County Superior Court. On November 5, 2013, he filed a First Amended Petition. On December 12, 2013, Magistrate Judge Sandra M. Snyder dismissed the petition and granted Petitioner leave to file an amended petition. On December 26, 2013, Petitioner filed a Second Amended Petition.

　　　　On December 9, 2013, Petitioner filed a second petition for writ of habeas corpus in this Court. The case was assigned Case No. 1:13-cv-02019-GSA-HC. The petition also challenges

1 | Petitioner's 2010 conviction out of Mariposa County Superior Court.

## DISCUSSION

"[W]here a new pro se petition is filed before the adjudication of a prior petition is complete, the new petition should be construed as a motion to amend the pending petition rather than as a successive application." Woods v. Carey, 525 F.3d 886, 888-890 (9th Cir. 2008). But where the claims have already be denied in the previously-filed action, the new petition is construed as a second or successive petition under 28 U.S.C. § 2244(b). Beaty v. Schriro, 554 F.3d 780, 782-83 (9th Cir.2009).

In this case, the petition filed in Case No. 1:13-cv-01775-SMS-HC had not been adjudicated when Petitioner commenced his second action. Therefore, the Court must consider the petition filed in Case No. 1:13-cv-02019-GSA-HC as a motion to amend the previously-filed petition.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1) The Clerk of Court is DIRECTED to FILE the Petition (ECF No. 1) from Case No. 1:13-cv-02019-GSA-HC in Case No. 1:13-cv-01775-SMS-HC as a Motion to Amend;

2) The Clerk of Court is DIRECTED to ADMINISTRATIVELY CLOSE Case No. 1:13-cv-02019-GSA-HC; and

3) Petitioner is INSTRUCTED that all future pleadings should be identified by the case number: 1:13-cv-01775-SMS-HC.

IT IS SO ORDERED.

Dated:   **January 6, 2014**                              /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE