**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER W. ROBERTSON,<br><br>        Petitioner,<br><br>    v.<br><br>MARIPOSA COUNTY COURT,<br><br>        Respondent. | Case No. 1:13-cv-1775-SMS HC<br><br>ORDER DISMISSING PETITION AND GRANTING PETITIONER LEAVE TO AMEND THE PETITION<br><br>(Doc. 18) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He first filed a petition on November 1, 2013 and an amended petition on November 5, 2013. The Court dismissed the amended petition for failing to comply with the requirements of the *Rules Governing Section 2254 Cases*. Petitioner filed a second amended petition on December 26, 2013, and the Court again dismissed this petition. The Court explained:

> The second amended petition presents the same jurisdictional and procedural problems as the first amended petition. ... In preparing his third amended petition, Petitioner should pay careful attention to this order. **If these deficiencies are not corrected in the third amended petition, the Court will not give Petitioner an additional opportunity to file a corrected petition.**

The Court's order then identified several specific problems with the Second Amendment Petition.

Petitioner has now filed a Third Amended Petition. While he has corrected some of these problems, he has not corrected all of them. First, he has not named a proper defendant. Second, he has not fully alleged whether he has exhausted his remedies in California Court. Third, he has not set forth his claims clearly.

1

The Court will give Petitioner one final opportunity to file a corrected petition. Petitioner should review the Court's order dismissing the second amended petition (docket # 17, January 30, 2014) and carefully follow its instructions.  (A copy of the January 30, 2014 order is attached to this order and incorporated into it by reference.) Petitioner has thirty (30) days from this order to file his fourth amended petition.  The Court encourages Petitioner to take enough time to be sure that the fourth amended petition fixes all of the problems noted in the order dismissing the second amended petition.

**CONCLUSION AND ORDER**

Accordingly, the Court hereby ORDERS:

1. The third amended petition for writ of habeas corpus shall be dismissed with leave to amend.
2. The Clerk's Office shall send Petitioner a copy of this order and a form for Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.
3. Within thirty (30) days of service of this order, Plaintiff shall file a fourth amended petition. The fourth amended petition must comply with the instructions in the Court's order of January 30, 2014.
4. If Plaintiff fails to file a fourth amended petition within thirty (30) days from the date of service of this order, this action will be dismissed without further notice for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   **March 26, 2014**               **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

2