1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER W. ROBERTSON, | Case No. 1:13-CV-01775-SMS  HC |
| Petitioner, | |
| v. | ORDER DISMISSING THIS ACTION, WITHOUT PREJUDICE, FOR LACK OF JURISDICTION |
| MARIPOSA COUNTY COURT, | |
| Respondent. | (Doc. 19) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He first filed a petition on November 1, 2013, and then filed amended petitions on November 5 and December 26, 2013, and February 7, 2014.  Although Petitioner's claims are not clear, the Court surmises that he seeks to allege jury misconduct, witness perjury, and prejudicial use of an earlier, expunged conviction.

On March 27, 2014, as part of the statutory screening process, the Court dismissed Petitioner's third amended petition with leave to amend, directing Petitioner to carefully review and follow the Court's instructions as set forth in its prior screening order, which addressed the second amended petition.  Doc. 19.  Among other things, the Court noted that, despite the Court's explicit instructions, Petitioner had still failed to name a respondent against whom a petition for habeas corpus could be brought and had failed to sign the petition.  The order provided, "If Petitioner fails

1

1  to file a fourth amended petition within thirty (30) days from the date of service of this order, the

2  action will be dismissed without further notice for lack of jurisdiction."  Although more than thirty

3  (30) days have elapsed since service of the Court's last order dismissing the third amended petition

4  for habeas corpus, Petitioner has not filed a fourth amended petition.

5       Based on Petitioner's failure to comply with the March 27, 2014 order, the Court is left with

6  no alternative but to dismiss the action.  *In re Phenylpropanolamine (PPA) Products Liability*

7  *Litigation*, 460 F.3d 1217, 12266 (9th Cir. 2006).  This action cannot proceed without Petitioner's

8  compliance with the orders at issue.  Nor can an action remain idle and unprosecuted on the Court's

9  docket.  *Id.*

10

11      Accordingly, the Court hereby DISMISSES this action, without prejudice, for failure to

12  follow the Court's March 27, 2014 order.

13

14

15

16  IT IS SO ORDERED.

17     Dated:   **May 2, 2014**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28